IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3056 |
| vs. | |
| ANDREW ALAN SPIEHS, | ORDER |
| Defendant. | |

Defense counsel has moved to withdraw because Defendant is not satisfied with counsel's representation. (Filing No. 22). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 22), is granted. Joel G. Lonowski is hereby withdrawn as counsel.

2) The clerk shall delete Joel G. Lonowski from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

August 21, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge