IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDREW ALAN SPIEHS,

        Defendant.

4:19CR3056

**SCHEDULING ORDER CONFIRMATION**

IT IS ORDERED that:

(1)    The sentencing and hearing on Count I is scheduled for July 28, 2022. The defendant has entered a guilty plea as to this Count. That matter shall proceed on the date scheduled.

(2)    As to Count II (where no guilty plea has been entered as of this date), should a guilty plea be entered, any objections or motions for departure will be resolved at the time of sentencing. The defendant and counsel have a conference with Judge Zwart as to this Count on August 2, 2022.

(3)    The Clerk shall provide Judge Zwart and counsel with a copy of this order.

Dated this 10th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge