IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW ALAN SPIEHS,<br><br>　　　　　　Defendant. | 4:19CR3056<br><br>**ORDER** |

　　　　Pursuant to the Government's Oral Motion to Dismiss Count II of the Indictment,

　　　　IT IS ORDERED that Count II of the Indictment is dismissed with prejudice.

Dated this 28th day of July, 2022.　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge